UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| STEPHANIE CRAVEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:05CV287 TLS |
| | ) | |
| FNGP MANUFACTURING, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter having come before the Court upon the Stipulation of Dismissal (DE 18) filed December 13, 2005 by the Plaintiff and the Defendant;

And the Court being in all things duly advised and good cause having been shown;

It is now ORDERED that this matter is DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a). Each party to bear its own costs, attorney's fees, and expenses.

SO ORDERED this 14th day of December, 2005.

S/ Theresa L. Springmann
Theresa L. Springmann, Judge
United States District Court
Northern District of Indiana
Fort Wayne Division

Copies To:

Christopher C. Myers
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street
Suite 400
Fort Wayne, IN  46802
(260) 424-0600
Fax: (260) 424-0712
cmyers@myers-law.com

Michael L. Tooley
Julie M. Conrad
ICE MILLER
One American Square, Box 82001
Indianapolis, IN  46282-0200
(317) 236-2118
Fax: (317) 592-4786
michael.tooley@icemiller.com
julie.conrad@icemiller.com